IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |
| | : | |
| v. | : | 7:05-CV- ____(WDO) |
| | : | 7:93-CR-8 (WDO) |
| **RAMON LUIS RIVERA,** | : | |
| | : | |
| **Petitioner** | : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss this habeas petition as second or successive. Having carefully considered the Recommendation and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. Before Petitioner may file another habeas petition, he must be granted permission to file the petition from the Eleventh Circuit Court of Appeals.

**SO ORDERED this 9th day of August, 2005.**


**S/ Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**